DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL MASLAK,**
Appellant,

v.

**WELLS FARGO BANK, N.A., AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-PR4 TRUST,**
Appellee.

No. 4D17-3136

[November 8, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 14-237 CA.

Tim Wright of Wright, Ponsoldt & Lozeau, Trial Attorneys, L.L.P., Stuart, for appellant.

Andrew B. Boese of Leon Cosgrove, LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN, JJ., and KANNER, DANIEL J., Associate Judge, concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*